IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ROBLES,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-05693-MMC<br><br>**SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS** |

By order filed October 14, 2016, the Court directed plaintiff to submit forthwith a chambers copy of her complaint, electronically filed October 5, 2016, to facilitate its review of the case. Plaintiff has not complied with this order. Plaintiff is hereby again DIRECTED to submit forthwith a chambers copy of the complaint.

Parties are expected to comply with court rules without repeated reminders. Accordingly, plaintiff is hereby advised that the Court will impose sanctions for further failures to comply, including, but not limited to, striking from the record any further electronically filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: November 1, 2016

                                                         MAXINE M. CHESNEY<br>
                                                         United States District Judge