IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ROBLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-05693-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

A Case Management Conference in the above-titled action has been scheduled for January 27, 2017. Three of the four defendants[1] have filed motions to dismiss, specifically: (1) defendant Wells Fargo Bank, National Association's "Motion to Dismiss," filed December 19, 2016, and noticed for hearing on January 27, 2017; (2) defendant Equifax, Inc.'s "Motion to Dismiss," filed December 27, 2016, and noticed for hearing on February 3, 2017; and (3) defendant Experian Information Solutions, Inc.'s "Motion to Dismiss Plaintiff's Complaint," filed November 15, 2016, and noticed for hearing on April 7, 2017.

In light of the pending motions to dismiss, the Case Management Conference is hereby CONTINUED to May 12, 2017, at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than May 5, 2017.

**IT IS SO ORDERED.**

Dated: January 5, 2017

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The fourth defendant, Bank of America, National Association, has not filed a response.