IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ROBLES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No.  16-cv-05693-MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 54 |

　　　　Before the Court is defendant Bank of America, National Association's "Motion to Dismiss," filed January 20, 2017, and noticed for hearing on February 24, 2017.  In light of the Court's order of January 20, 2017, continuing to April 7, 2017, the hearings on two other defendants' motions to dismiss, the Court hereby CONTINUES the hearing on Bank of America, National Association's motion to April 7, 2017, at 9:00 a.m.

　　　　**IT IS SO ORDERED.**

Dated: January 24, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge