Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| TERESA ROBLES,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; et. al.,<br><br>Defendants. | Federal Case No.: 3:16-CV-05693-MMC<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Teresa Robles and defendant Bank of America, N.A. ("BANA"), that BANA be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

| | | |
|---|---|---|
| DATED: April 12, 2017 | Sagaria Law, P.C. | |
| | By: _/s/ Elliot W. Gale_ | |
| | Elliot W. Gale | |
| | Attorneys for Plaintiff | |
| | Teresa Robles | |

DATED: April 12, 2017    McGuireWoods LLP

By: _/s/ Anthony Le_
Anthony Le
Attorneys for Defendant
Bank of America, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Anthony Le has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, BANA is dismissed with prejudice, and ~~that~~ each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: April 13, 2017

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE