SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ROBLES,<br><br>              Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>              Defendants. | Case No.: 3:16-cv-~~06310-JD~~ 05693 MMC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.<br>AND ORDER VACATING HEARING ON EXPERIAN'S MOTION TO DISMISS |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

     **PLEASE TAKE NOTICE THAT** plaintiff Teresa Robles and defendant Experian Information Solutions, Inc. by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties believe the settlement will be finalized within 30 days and will request dismissal of this action.

                                                                                **Sagaria Law, P.C.**

Dated:  April 20, 2017                      By:    /s/ *Elliot Gale*
                                                                          Elliot Gale
                                                                          Attorneys for Plaintiff

|  |  |  |  |
|---|---|---|---|
|  |  | **Jones Day** |  |
| Dated: April 20, 2017 | By: | /s/ *Benjamin Chung Lee* |  |
|  |  | Benjamin Chung Lee |  |
|  |  | Attorneys for Defendant |  |
|  |  | Experian Information Solutions, Inc. |  |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Benjamin Chung Lee has concurred in this filing.

*/s/ Elliot Gale*

## ORDER

In light of the parties' notice of settlement, the April 28, 2017, hearing on defendant Experian Information Solutions, Inc.'s ("Experian") motion to dismiss is hereby VACATED, without prejudice to Experian's renoticing the motion in the event the settlement is not effectuated.

Dated: April 20, 2017

MAXINE M. CHESNEY
United States District Judge