Scott Sagaria (Bar # 217981)
Elliot Gale (Bar # 263326)
Joe Angelo (Bar # 268542)
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Telephone: (408) 279-2288
Fax: (408) 279-2299

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| Teresa Robles,<br><br>    Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., et. al.,<br><br>    Defendants. | Case No. 3:16-cv-05693-MMC<br><br>**STIPULATION BETWEEN PLAINTIFF TERESA ROBLES AND DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX, INC., AND WELLS FARGO BANK, NATIONAL ASSOCIATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS; [PROPOSED] ORDER**<br><br>Date: April 28, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Maxine M. Chesney<br>Courtroom: 7<br>Floor: 19<br>Location: 450 Golden Gate Ave<br>     San Francisco, CA 94102-3489 |

  Plaintiff Teresa Robles ("Plaintiff") and Defendants Experian Information Solutions, Inc., Equifax, Inc., and Wells Fargo Bank, National Association (collectively "Parties") hereby stipulate, subject to the approval of the Court, to continue the hearings on the motions to dismiss filed by defendants Experian Information Solutions, Inc. [Docket #26], Equifax, Inc. [Docket #40], and Wells Fargo Bank, National Association [Docket #31] scheduled for April 28, 2017 to Friday, May 12, 2017 at 9:00 a.m. or a later date and time that is convenient for the Court.

  Plaintiff's counsel will be attending a conference in Southern California and will unavailable to make an appearance at the hearings as currently calendared. Plaintiff has selected

the first available date, as understood by Plaintiff, that the Honorable Judge Chesney has available to hear the aforementioned motions.

Dated: April 20, 2017          Sagaria Law, P.C.

                               By:  */s/ Elliot Gale*
                                    Elliot Gale
                                    Attorney for Teresa Robles


Dated: April 20, 2017          Jones Day

                               By:  */s/ Benjamin Chung Lee*
                                    Benjamin Chung Lee
                                    Attorney for Experian Information Solutions, Inc.


Dated: April 20, 2017          Nokes & Quinn, APC

                               By:  */s/ Thomas P. Quinn, Jr.*
                                    Thomas P. Quinn, Jr.
                                    Attorney for Equifax, Inc.


Dated: April 20, 2017          Severson & Werson, APC

                               By:  */s/ Laszlo Ladi, Jr.*
                                    Laszlo Ladi, Jr.
                                    Attorney for Wells Fargo Bank, National Association


## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

I, Elliot Gale, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 20, 2017 at San Jose, California.

                               */s/ Elliot Gale*

**~~PROPOSED~~ ORDER**

Having reviewed the Stipulation to Continue Hearings on the Motions to Dismiss, and for good cause appearing,

The Stipulation is approved. The hearings on ~~the aforementioned~~ Wells Fargo and Equifax's Motions to Dismiss[1] are continued from April 28, 2017 at 9:00 a.m. to Friday, May ~~12~~ 19, 2017 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 24, 2017

*/s/ Maxine M. Chesney*
Hon. Maxine M. Chesney

---

[1] By order filed April 20, 2017, the Court, in light of plaintiff's Notice of Settlement, vacated the hearing on Experian's motion to dismiss.