IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ROBLES,<br>　　　　　Plaintiff,<br>　　v.<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al.,<br>　　　　　Defendants. | Case No. 16-cv-05693-MMC<br><br>**ORDER DISMISSING ACTION** |

On October 5, 2016, plaintiff Teresa Robles ("Robles") filed the above-titled action against Experian Information Solutions, Inc. ("Experian"), Equifax, Inc. ("Equifax"), Bank of America, National Association ("Bank of America"), and Wells Fargo Bank, National Association ("Wells Fargo").

By separate orders filed respectively on April 13, 2017, July 17, 2017, and August 7, 2017, the Court has approved stipulations to dismiss with prejudice Robles' claims against Bank of America, Wells Fargo, and Experian.

By order filed June 23, 2017, the Court granted Equifax's motion to dismiss Robles' complaint, with leave to amend no later than July 7, 2017. On July 7, 2017, Robles filed a notice stating she will not be filing an amended complaint.

Accordingly, the above-titled action is hereby DISMISSED.

The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: August 7, 2017

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge